# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation | § § § § § § § | |
| v. | | CIVIL ACTION NO. 3:18-MC-0037-S |
| ISAIAH MICHAEL THOMAS, et al. | | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Jason Frazin's Rule 60(b) Motion to Modify Order on Fee Reduction [ECF No. 56] and the motion for sanctions included in Plaintiff's Response in Opposition to Frazin's Rule 60 Motion [ECF No. 57] are **DENIED**.

**SO ORDERED.**

SIGNED October 25, 2022.

_____
**UNITED STATES DISTRICT JUDGE**